# Exhibit B

Reviews ⌄                           *the* Customer Digest                           About Us        Search... 🔍

**Pets**   January 6, 2025

# Wuffes Dog Joint Supplement Review: Does It Really Beat The Leading Brands?



 TCD Staff

*At The Customer Digest, we only endorse brands and products we love. This is a paid advertisement for Wuffes.*

Watching our dog Momo age has probably been the hardest part of being a pet owner. A mixed breed, she just turned 10 and is showing the classic signs of joint discomfort – **weak hind legs, slow to stand and lay down, and less interest in play.**

Yes, these might be *normal* signs of aging, but that doesn't mean that we won't do *everything* to keep her happy, healthy, and mobile. Fortunately, **joint supplements** are proven to decrease pain and increase mobility.[1]

But are all joint supplements created equal? We reviewed Wuffes, a newcomer with **high concentrations of five key nutrients** and no artificial additives. And we compared it to the long-standing market leaders.

We enlisted the help of my vet, Dr. Joseph Menicucci (DVM), to help understand the ingredients and specifics that actually matter in a joint supplement. Combining Dr. Menicucci's expertise with our hands-on review, we'll help you make an informed choice for your dog's continued health and happiness.

One clear winner stood out in terms of **ingredients, taste/texture, and benefits**. Read on to find out.

**Featured in this Review**

Wuffes Advanced Hip & Joint Support

Save Up To 58% On Wuffes

**Related**

Nom Nom vs. The Farmer's Dog vs. Ollie: The Pet Dietician Pick

Zuke's Dog Treats Review: Your Pup Will Be Jumping



*Momo (age 10) has been struggling with joint discomfort and mobility. We tested three leading joint support supplements to support her joint health.*

## Joint Supplements Compared:

Here is how the joint supplements compare, based on the daily maintenance dosage for a large dog:

|  | **Wuffes** | **Leading Brand's Tablet** | **Leading Brand's Chewable** |
| --- | --- | --- | --- |
| Glucosamine | 2500mg | Less | Less |
| MSM | 800mg | Less | None |
| Chondroitin | 300mg | Similar | Similar |
| Hyaluronic Acid | 42mg | None | None |
| Green Lipped Mussels | 400mg | None | None |
| Synthetic Additives | None | Yes – dextrose, "artificial flavors" | None |
| Form | 1 soft chew/day | 3 tablets/day for the first 6 weeks, 1-2 tablets/day afterward | 2 chews/day for the first 6 weeks, 1 chew/day afterward |

*Based on the daily maintenance dosage for a 120lb+ dog*

Wuffes wins with 3-4x the glucosamine *and* MSM than the leading brand's tablet and chewable. It also features two other mobility support supplements – hyaluronic acid[2] and green lipped mussels[3] – that were not present in either competitor.



*From left to right, the leading chewable, Wuffes, and the leading tablet supplements*

## The Ingredients: Wuffes Wins With Science-Backed Ingredients + Key Supplements

The ingredient labels on joint supplements can read like a confusing laundry list of nutrients and chemicals. "Look for **proven joint health promoters glucosamine, chondroitin, and MSM**, which target all components of joints that degrade with age," Dr. Menicucci (DVM) tells us.

**Glucosamine** supports cartilage components and is anti-inflammatory.[4] **Chondroitin** slows cartilage degradation. MSM (methylsulfonylmethane) is anti-inflammatory and strengthens connective tissue.[5] Without any one of these supplements, your dog may be missing support for key joint components. Wuffes is the **only supplement** that includes glucosamine, MSM, and chondroitin **without any byproducts or artificial flavors/fillers**.

Wuffes **also stands out with optimized dosages of all three ingredients**. It's the only brand that meets the recommended dose of glucosamine – at least 20mg/lb, or at least

1,300mg for Momo." The Leading Brand's Tablet (600mg) and Chewable (900mg) both underdose. The recommended dose of MSM is 100mg/10lb, or at least 650mg for Momo. Again the tablet is significantly underdosed at only 200mg (vs. Wuffes' 800mg), and the chewable has **no** MSM.

Wuffes is also the only supplement of the three to include hyaluronic acid, green-lipped mussels, and omega 3 fish oil – proven to lubricate joints, reduce stiffness, and improve joint range of motion in dogs.[7, 8, 9] Wuffes is the **only** supplement of the three that "supports both the structural integrity of joints and the pain associated with joint issues," Dr. Meniccuci (DVM) tells us.

Wuffes delivers all three key ingredients, adds **natural joint lubricants,** and skips the artificial additives found in competitors. It wins on ingredients.

Save Up To 58% On Wuffes



Wuffes was the only supplement we tested with all three key joint support ingredients and no artificial additives

## Taste & Texture: Wuffes Wins With Yummiest Chews

For a supplement to work, your dog must be willing to take it regularly. That's why **taste & texture are so important** when choosing any food or supplement for our pets.

In our hands-on testing, Momo tried all three:

- **Leading Tablet:** Momo refused to take the tablet on its own. We tried hiding it in a treat. But that trickery only worked once; she started inspecting every treat for a hidden tablet. There was no way we could get Momo to take 1 per day, let alone the 3 per day needed for the first 6 weeks.

- **Leading chewable**: Momo still refused to take the chewable on its own. She gave it a sniff and turned away. We broke it into four pieces in her food and she ate her dinner without suspicion, but it certainly wasn't easy.

- **Wuffes**: Momo ate her tablet like a treat – no deception necessary. It's probably a combination of the pork liver and honey flavoring that made Wuffes **by far the easiest supplement for Momo to take.**

Wuffes was Momo's favorite supplement, and also the easiest to dose at just **1 chewable/day** for a 68lb dog.

Save On Wuffes With TCD




Momo ate Wuffes like a treat

## Hands-On With Wuffes: Benefits After 6 Weeks

Wuffes was the clear choice for ingredient and taste/texture. But how does the science compare to actual real-life experience? To see how Momo would *actually* benefit from this joint supplement, we tested Wuffes for **6 weeks** and recorded our results. To aid in our testing, we got Momo a **collar to measure her daily steps**.

- **Before starting: 8,000 steps/day.** Before we began our Wuffes journey, Momo showed symptoms of joint discomfort daily and was less active around the house. She struggled to jump up and down on the couch, was slow to stand up, and limped on her hind legs occasionally. Most steps came from two short walks / day around our neighborhood or local park, but otherwise she mostly slept in her bed or on the couch.
- **Week 2: 9,000 steps/day.** After two weeks of daily Wuffes joint supplementation, Momo **is hitting 9,000 daily steps.** No visual differences, but her activity levels on walks are definitely **more consistent** – less slowing down, and less feeling like I had to "drag" her along.
- **Week 3: 10,000 steps/day.** This was the first week that we noticed a **visual improvement in Momo**. We're still taking our usual short walks, but she's more active at home: following me around the house, lazing less in bed.
- **Week 4: 11,000 steps/day.** We're taking longer afternoon walks – and Momo **has no issues keeping up**. She still limps on her hind legs after an active day, but it's noticeably decreased. She's also showing less hesitancy jumping on and off the couch.
- **Week 5: 12,000 steps/day. Momo is starting to run around the park again!** We are so happy to see her back to her active self outdoors. Instead of staying close to me during off-leash time at the dog park, she's started to **run around and play with other dogs**.
- **Week 6: 14,000 steps/day.** Momo is still on the older side, and nothing is going to change that. But **she's now so much closer to her younger self**. She shows less stiffness standing up, jogs around the park, and looks much happier – **more tail wagging all day long**. She jumps up and down from the couch with ease.

I have to admit, we were skeptical that a joint supplement could have a significant impact on Momo's health. But after 6 weeks of daily Wuffes supplementation, **Momo's become so much more active – and is limping much less**.

We're so happy to see her galloping in the park and taking longer walks again – and so thankful we started Wuffes instead of dismissing her joint issues as "old age." And we'll definitely continue to give Momo her daily chewable.

**Save Up To 58% On Wuffes**



*Before Wuffes, Momo struggled to run and jump up or down (left); now after Wuffes, Momo is showing so much more activity and excitement (right)*

## Summary

Which joint supplement is best for your dog? After our testing and analysis, we recommend the supplement that includes all three key joint support ingredients, additional proven nutrients, has no artificial fillers, and tastes like a treat. And that's Wuffes.

Dr. Menicucci, our vet expert, agrees: "**I recommend** Wuffes with its comprehensive blend of joint health ingredients that support the structural integrity of joints and alleviate the discomfort associated with joint issues – and nothing artificial."

Ready to try Wuffes? With TCD, save up to 58% on your order. Wuffes also offers a 90-day guarantee if you're not happy with the results for your dog.

**Save Up To 58% On Wuffes**



Momo has become so much more active after just six weeks on Wuffes!

### References

1. PLOS One Journal
2. Animals Journal
3. Canadian Journal of Veterinary Research
4. Rover
5. Top Dog Health
6. Vet Gen Pharmaceuticals
7. PetMD
8. CaniFlow

9. AKC

