# Exhibit D

Pets January 6, 2025

# Wuffes Dog Joint Supplement Review: Does It Really Beat The Leading Brands?






TCD Staff

*At The Customer Digest, we only endorse brands and products we love. This is a paid advertisement for Wuffes.*

Watching our dog Momo age has been the hardest part of being a pet owner. She just turned 10 and is showing the classic signs of joint discomfort – **weak hind legs, slow to stand and lay down, and less interest in play.**

If you're like us, you'll do *everything* to keep your pup happy, healthy, and mobile. Fortunately, **joint supplements** are proven to decrease discomfort and increase mobility.[1]

So we reviewed Wuffes, a new chewable with **high concentrations of five key ingredients** and no artificial additives. And we compared it to the long-standing market leaders.

Read on to see Momo's experience with Wuffes—and with input from our Veterinarian, Dr. Joseph Menicucci (DVM)—how it rates on **ingredients, taste/texture, and benefits.**



*Momo (age 10) has been struggling with joint pain and mobility. We tested three leading joint support supplements to support her joint health.*

## Joint Supplements Compared:

Here is how the joint supplements compare, based on the daily maintenance dosage for a large dog:

| | Wuffes | Leading Brand's Tablet | Leading Brand's Chewable |
|---|---|---|---|
| Glucosamine | 2500mg | Less | Less |
| MSM | 800mg | Less | None |
| Chondroitin | 300mg | Similar | Similar |
| Hyaluronic Acid | 42mg | None | None |
| Green Lipped Mussels | 400mg | None | None |
| Synthetic Additives | None | Yes – dextrose, "artificial flavors" | None |
| Form | 1 soft chew/day | 3 tablets/day for the first 6 weeks, 1-2 tablets/day afterward | 2 chews/day for the first 6 weeks, 1 chew/day afterward |

*Based on the daily maintenance dosage for a 120lb+ dog*

Wuffes wins with 3-4x the glucosamine *and* MSM than the leading brand's tablet and chewable. It also features two other mobility support supplements – hyaluronic acid[2] and green lipped mussels[3] – that were not present in either competitor.

Save Up To 58% On Wuffes With TCD

Featured in this Review



Wuffes Advanced Hip & Joint Support
Save Up To 58% On Wuffes

Related

Nom Nom vs. The Farmer's Dog vs. Ollie: The Pet Dietician Pick



From left to right, the leading chewable, Wuffes, and the leading tablet supplements

## Hands-On With Wuffes: Benefits After 6 Weeks

But do those higher quality ingredients and dosages actually matter? We tested Wuffes with Momo for **6 weeks** and recorded our results. We even got Momo a **collar to measure her daily steps.**

- **Before starting: 8,000 steps/day.** Before supplementation, Momo struggled to jump up and down on the couch, was slow to stand up, and limped on her hind legs occasionally. We'd have to bribe her to get just two short walks around the neighborhood per day! She mostly slept in her bed or on the couch.
- **Week 2: 9,000 steps/day.** After two weeks of Wuffes daily, Momo **is hitting 9,000 daily steps.** She's more consistent on her walks: she keeps a steady pace, and much less "dragging" her along.
- **Week 3: 10,000 steps/day.** We notice a **visual improvement in Momo!** Along with her slightly longer walks, she's more active at home: more following me around like she used to, lazing less in bed.
- **Week 4: 11,000 steps/day.** We're taking longer afternoon walks – and Momo **has no issues keeping up.** After an active day, she still limps a bit, but it's much improved. She actually **jumped** on the couch last night!
- **Week 5: 12,000 steps/day.** This morning, Momo ran around the park with the rest of the pack! When I took her leash off this morning, she bolted to **run around and play with other dogs.**
- **Week 6: 14,000 steps/day.** Nothing's going to change that Momo is an older dog. But **she's so much closer to her younger self**: less stiffness standing up, actual runs around the park, and **tail wagging all day long.** She's back to standing at attention when she hears her leash come out!

Look, we were skeptical that a joint supplement could transform Momo's health. But after 6 weeks, **Momo's back to her best self from a few years ago.**

We're so thankful we started Wuffes instead of dismissing her joint issues as "old age." And we'll continue to give Momo her chewable each day.

Save Up To 58% On Wuffes



*Before Wuffes, Momo struggled to run and jump up or down (left); now after Wuffes, Momo is showing so much more activity and excitement (right)*

## The Ingredients: Wuffes Wins With Science-Backed Ingredients + Key Supplements

We've seen the real impact Wuffes has had on Momo. Now let's dig into how—and why—it's so much better than the competition.

When evaluating joint health supplements, "ensure they contain the proven joint **health promoters glucosamine, chondroitin,** and **MSM,** which target all components of joints that degrade with age," Dr. Menicucci (DVM) tells us.

- **Glucosamine** supports cartilage components and is anti-inflammatory.[4]
- **Chondroitin** slows cartilage degradation.
- MSM (methylsulfonylmethane) is anti-inflammatory and strengthens connective tissue.[5]

Wuffes is the **only supplement** that includes glucosamine, MSM, and chondroitin—plus it uses **no byproducts or artificial flavors/fillers.**

**Wuffes** is the only brand that meets the recommended dose of glucosamine – at least 20mg/lb, or 1,200mg for Momo (Wuffes has 1,250mg for a dog of Momo's weight).[6] The Leading Brand's Tablet (600mg) and Chewable (900mg) are too low. The recommended dose of MSM is 50mg/10lb,[7] or at least 350mg for Momo. Wuffes has 400mg MSM, while the tablet only has 250mg, and the chewable has **ZERO.**

Wuffes is also the only supplement to include **hyaluronic acid** and **green-lipped mussels,** proven to lubricate joints, reducing stiffness, lessen pain, and improve joint range of motion in dogs.[8, 9]

**Wuffes** delivers all three key ingredients, adds **natural joint lubricants,** and skips the harmful additives found in competitors. It's the clear winner on ingredients.

Save On Wuffes With TCD



Wuffes was the only supplement we tested with all three key joint support ingredients and no artificial additives

## Taste & Texture: Wuffes Wins With Yummiest Chews

**Taste & texture are so important** when choosing any dog supplement—not even the best treatment will work if your pup spits it out!

Momo tried all three supplements:

- **Leading Tablet:** Momo refused to take the tablet on its own. When we hid it in a treat, she quickly spit it out. There's no way we could ever get Momo to take the 3 per day needed.
- **Leading chewable:** Momo refused to take the chewable on its own. We crumbled it into pieces and put it in her food, which worked better, but it's still quite a chore.
- **Wuffes:** Momo ate her tablet like a treat – no deception necessary. It's probably a combination of the pork liver and honey flavoring that made Wuffes **by far the easiest supplement for Momo to take.**

Wuffes was Momo's favorite supplement, and also the easiest to dose at just **1 chewable/day** for a 68lb dog.

Save On Wuffes With TCD


Momo ate Wuffes like a treat

## Summary

Which joint supplement is best for your dog? After our testing, we recommend the one that includes all *three key joint support ingredients*, *additional proven nutrients, has no harmful fillers*, *tastes like a treat—and most importantly—**works.*** That's Wuffes.

Dr. Menicucci, our vet expert, agrees: **"I recommend Wuffes to all my clients with older dogs—**its comprehensive blend of joint health ingredients support the structural integrity of joints and alleviate the pain associated with joint issues—and has nothing artificial."

Ready to try Wuffes? With TCD, save up to 58%. Wuffes also offers a 90-day guarantee if you're not happy with the results for your dog.

Save Up To 58% On Wuffes





Momo has become so much more active after just six weeks on Wuffes!

### References


1. PLOS One Journal
2. Animals Journal
3. Canadian Journal of Veterinary Research
4. Rover
5. Dogs Naturally
6. Vet Gen Pharmaceuticals
7. PetMD
8. CaniFlow
9. AKC



Subscribe to
the Customer Digest

We research & review. You decide with confidence.

Enter your email address

Subscribe

Reviews About Contact

the CD

© 2024, The Customer Digest Work with TCD Privacy Policy Terms & Conditions