UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROWLO, LLC D/B/A WUFFES, SATHISH.CO LLC D/B/A THE CUSTOMER DIGEST, and DOE ENTITY 1, <br><br> Defendants. | Case No. 1:25-cv-01903-FB-PK |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Nutramax") hereby dismiss, without prejudice, this action against all defendants, none of which have filed or served an answer or a motion for summary judgment. Each party shall bear its own costs, expenses, and fees.

Respectfully submitted, this 1st day of August, 2025.

By: */s/ Jason D. Rosenberg*
Natalie C. Clayton
Elizabeth A. Buckel
**Alston & Bird LLP**
90 Park Avenue, Floor 15
New York, New York 10016-1387
Telephone: 212-210-9400
*natalie.clayton@alston.com*
*elizabeth.buckel@alston.com*

OF COUNSEL (*admitted pro hac vice*):

Jason D. Rosenberg
Alan F. Pryor
T. Austin Weatherly
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
*jason.rosenberg@alston.com*
*alan.pryor@alston.com*
*austin.weatherly@alston.com*

*Attorneys for Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing document using the Court's CM/ECF system, which will automatically send notice to all counsel of record.

I also certify that I have caused a copy of the foregoing to be served on Mitchell Epner, who has represented that he has been retained by Sathish.Co LLC, by sending a file-stamped copy of this filing to [mepner@kudmanlaw.com](mailto:mepner@kudmanlaw.com) and via First Class Mail to the following address:

Mitchell Epner
Kudman, Trachten, Aloe, Posner LLP
488 Madison Avenue
New York, NY 10022

This 1st day of August, 2025.

*/s/ Jason D. Rosenberg*
Jason D. Rosenberg